Evelyn S. Jones, Counterdefendant-Appellee, v. J. Edward Jones, Counterplaintiff-Appellant.

Gen. No. 47,969.

First District, Second Division.
July 26, 1960.
Rehearing denied September 12, 1960.

Friedman, Friedman, Teed, and Armstrong, of Chicago, for plaintiff-appellee, cross-appellant, counterdefendant; J. Edward Jones, of Elmwood Park, pro se, for defendant-appellant, counterclaimant. Opinion by JUSTICE FRIEND. Not to be published in full.